IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHARON SULLIVAN                                                                  PLAINTIFF

v.                                    No. 5:14-cv-432-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                                     DEFENDANT

ORDER

Unopposed recommendation, № 15, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). The complaint, № 2, will be dismissed with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 October 2015