IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**SHARON SULLIVAN**                                                                 **PLAINTIFF**

v.                          No. 5:14-cv-432-DPM

**SOCIAL SECURITY ADMINISTRATION,**
Commissioner                                                                         **DEFENDANT**

## JUDGMENT

Sullivan's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 October 2015